| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>**Dale K. Galipo, Esq.**<br>**LAW OFFICES OF DALE K. GALIPO**<br>**21800 Burbank Blvd., Suite 310**<br>**Woodland Hills, CA 91367**<br>**Tel No.: (818) 347-3333** | |
| ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AMADOR; VERONICA BENNETT<br><br>Plaintiff(s),<br>v.<br>CITY OF LOMPOC; ALEXANDER JUSTICE<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs Jefffrey Amador and Veronica Bennett_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jeffrey Amador | Plaintiff |
| Veronica Bennett | Plaintiff |
| City Lompoc | Defendant |
| Alexander Justice | Defendant |

| | |
|---|---|
| January 7, 2025<br>Date | /s/ Dale K. Galipo<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Jeffrey Amador and Veronica Bennett