1  Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
2  **LAW OFFICES OF DALE K. GALIPO**
3  21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
4  Phone: (818) 347-3333
Fax: (818) 347-4118
5

6  *Attorneys for Plaintiff*s
7

8

9

10              **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  JEFFREY AMADOR, VERONICA          Case No.2:25-cv-00167-FMO-SSC
BENNETT, individually and as
14  successors-in-interest to Connor
Amador, deceased;                 **DECLARATION OF PLAINTIFF,**
15                                    **VERONICA BENNETT**
**PURSUANT TO SECTION 377.32**
16                    Plaintiff,      **OF THE CALIFORNIA CODE OF**
vs.                          **CIVIL PROCEDURE**
17

18  CITY OF LOMPOC; ALEXANDER
JUSTICE; DOES 1-10, inclusive,
19

20              Defendants.
21

22

23

24

25

26

27

28

## <u>DECLARATION OF VERONICA BENNETT PURSUANT TO</u>
## <u>CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 377.32</u>

I, VERONICA BENNETT, declare as follows:

1.    I am a competent adult over the age of 18 years.  I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2.    I am the mother of decedent, CONNOR AMADOR (Decedent), who died on December 29, 2023, in the County of Santa Barbara, California.

3.    No proceeding is now pending in California for administration of the decedent's estate.  Further, no proceeding for admission of Decedent's estate is pending in any other state court at this time.

4.    The affiant or declarant is Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to Decedent's interest in the action or proceeding as the mother of Decedent.  Decedent was not married at the time of his death and had no children.

5.    No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding, except for Plaintiff JEFFREY AMADOR, who is decedent's father and is submitting a Declaration pursuant to Section 377 concurrently herewith.

6.    A certified copy of Decedent's death certificate is attached hereto as Exhibit "A."

The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 9th day of January, 2025 in California.



Signed by:

571C8A142C4C43E...

_____
VERONICA BENNETT