# Exhibit A

**CERTIFICATION OF VITAL RECORD**

# SANTA BARBARA COUNTY
## PUBLIC HEALTH DEPARTMENT

| 3052023294082 | CERTIFICATE OF DEATH | 3202342003536 |
|---|---|---|
| STATE FILE NUMBER | STATE OF CALIFORNIA<br>USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS<br>VS-11 (REV 3/05) | LOCAL REGISTRATION NUMBER |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT– FIRST (Given) CONNOR | 2. MIDDLE JEFFREY | 3. LAST (Family) AMADOR |
|---|---|---|

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy 07/26/2003 | 5. AGE Yrs. 20 | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX M |
|---|---|---|---|---|

| 7. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK | 12. MARITAL STATUS/SRDP* (at Time of Death) NEVER MARRIED | 7. DATE OF DEATH mm/dd/ccyy 12/29/2023 | 8. HOUR (24 Hour) 0133 |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) HS GRADUATE | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (if yes, see worksheet on back) ☐ YES ☒ NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) CAUCASIAN |
|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED NEVER WORKED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) - | 19. YEARS IN OCCUPATION - |
|---|---|---|

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location)
208 SOMERSET PLACE

| 21. CITY LOMPOC | 22. COUNTY/PROVINCE SANTA BARBARA | 23. ZIP CODE 93436 | 24. YEARS IN COUNTY 2 | 25. STATE/FOREIGN COUNTRY CA |
|---|---|---|---|---|

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP MATTHEW C. VANDERZANDAN, BROTHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 2471 WILMAR AVE., OCEANO, CA 93445 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST - | 29. MIDDLE - | 30. LAST (BIRTH NAME) - |
|---|---|---|

| 31. NAME OF FATHER/PARENT–FIRST JEFFREY | 32. MIDDLE L | 33. LAST AMADOR | 34. BIRTH STATE CT |
|---|---|---|---|

| 35. NAME OF MOTHER/PARENT–FIRST VERONICA | 36. MIDDLE RUTH | 37. LAST (BIRTH NAME) SMALE | 38. BIRTH STATE CA |
|---|---|---|---|

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 01/15/2024 | 40. PLACE OF FINAL DISPOSITION ARROYO GRANDE CEMETERY 895 EL CAMINO REAL, ARROYO GRANDE, CA 93420 | |
|---|---|---|

| 41. TYPE OF DISPOSITION(S) CREMATE/BURIAL | 42. SIGNATURE OF EMBALMER KAILEE S VITELLI | 43. LICENSE NUMBER EMB9257 |
|---|---|---|

| 44. NAME OF FUNERAL ESTABLISHMENT MARSHALL-SPOO SUNSET FUNERAL CHAPEL | 45. LICENSE NUMBER FD985 | 46. SIGNATURE OF LOCAL REGISTRAR HENNING ANSORG, MD | 47. DATE mm/dd/ccyy 01/11/2024 |
|---|---|---|---|

**PLACE OF DEATH**

| 101. PLACE OF DEATH GAS STATION | 102. IF HOSPITAL, SPECIFY ONE ☐ IP ☐ EP/OP ☐ DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☒ Other |
|---|---|---|

| 104. COUNTY SANTA BARBARA | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 1421 E. OCEAN AVE. | 106. CITY LOMPOC |
|---|---|---|

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO 23-12317 |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) PENDING INVESTIGATION | | |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) | (BT) | 109. BIOPSY PERFORMED? ☒ YES ☐ NO |
| | (C) | (CT) | 110. AUTOPSY PERFORMED? ☒ YES ☐ NO |
| | (D) | (DT) | 111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO |

1 of 2

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | |
|---|---|

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN (ITEM 107 OR 112? (if yes, list type of operation and date.) NO | 113A. DECEDENT PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK |
|---|---|

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy   Decedent Last Seen Alive (B) mm/dd/ccyy | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined | 120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| 126. SIGNATURE OF CORONER / DEPUTY CORONER JAMES M DUNCAN | 127. DATE mm/dd/ccyy 01/10/2024 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER JAMES M DUNCAN, DEP CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

**CERTIFIED COPY OF VITAL RECORDS**

*000648607*

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA } ss

FEB 16 2024

DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Registrar, Public Health Department, County of Santa Barbara, California.

HENNING ANSORG, M.D.
HEALTH OFFICER
PUBLIC HEALTH DEPARTMENT
COUNTY OF SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying the date, seal and signature of the Health Officer.
PRINCO (Rev) 10/19

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

