Exhibit A

# SANTA BARBARA COUNTY
## PUBLIC HEALTH DEPARTMENT

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH**
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
STATE OF CALIFORNIA
VS-11 (REV 3/00)

STATE FILE NUMBER: 3052023294082

LOCAL REGISTRATION NUMBER: 3202342003536

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT– FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| CONNOR | JEFFREY | AMADOR |

AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 07/26/2003 | 20 | | | M |

| 7. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP* (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hour) |
|---|---|---|---|---|---|
| CA | | YES ☐ NO ☒ UNK ☐ | NEVER MARRIED | 12/29/2023 | 0133 |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES ☐ NO ☒ | CAUCASIAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE IF RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| NEVER WORKED | - | - |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 208 SOMERSET PLACE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| LOMPOC | SANTA BARBARA | 93436 | 2 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| MATTHEW C. VANDERZANDAN, BROTHER | 2471 WILMAR AVE., OCEANO, CA 93445 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF FATHER/PARENT–FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| JEFFREY | L | AMADOR | CT |

| 35. NAME OF MOTHER/PARENT–FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| VERONICA | RUTH | SMALE | CA |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION | 43. LICENSE NUMBER |
|---|---|---|
| 01/15/2024 | ARROYO GRANDE CEMETERY 895 EL CAMINO REAL, ARROYO GRANDE, CA 93420 | |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/BURIAL | KAILEE S VITELLI | EMB9257 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| MARSHALL-SPOO SUNSET FUNERAL CHAPEL | FD985 | HENNING ANSORG, MD | 01/11/2024 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| GAS STATION | IP ☐ EP/OP ☐ DOA ☐ | Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other ☒ |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| SANTA BARBARA | 1421 E. OCEAN AVE. | LOMPOC |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) PENDING INVESTIGATION | | YES ☒ NO ☐ 23-12317 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | (BT) | 109. BIOPSY PERFORMED? YES ☐ NO ☒ |
| (C) | (CT) | 110. AUTOPSY PERFORMED? YES ☒ NO ☐ |
| (D) | (DT) | 111. USED IN DETERMINING CAUSE? YES ☒ NO ☐ |

1 of 2

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN (ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. DECEDENT PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES ☐ NO ☒ UNK ☐ |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| mm/dd/ccyy / mm/dd/ccyy | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| Natural ☐ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☒ Could not be determined ☐ | YES ☐ NO ☐ UNK ☐ | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| JAMES M DUNCAN | 01/10/2024 | JAMES M DUNCAN, DEP CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|
| | | | | | | |

CERTIFIED COPY OF VITAL RECORDS

*000648607*

STATE OF CALIFORNIA
COUNTY OF SANTA BARBARA } ss

**FEB 16 2024**

DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Registrar, Public Health Department, County of Santa Barbara, California.

PRINCO (Rev) 10/19

HENNING ANSORG, M.D.
HEALTH OFFICER
PUBLIC HEALTH DEPARTMENT
COUNTY OF SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying the date, seal and signature of the Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

