**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
 E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
 E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
 E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
CITY OF LOMPOC and ALEXANDER JUSTICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFFREY AMADOR, VERONICA BENNETT, individually and as successors-in-interest to Connor Amador, deceased,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOMPOC; ALEXANDER JUSTICE; DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00167-FMO-SSC<br><br>**STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF APRIL 10, 2025 MANDATORY SCHEDULING CONFERENCE TO May 22, 2025 AND ALL ASSOCIATED DEADLINES**<br><br>Judge:　Hon. Fernando M. Olguin<br><br>Complaint Filed:　01/07/2025<br>Trial Date:　　　None Set |

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, Plaintiffs JEFFREY AMADOR and VERONICA BENNETT ("Plaintiffs") and Defendants CITY OF LOMPOC and OFFICER ALEXANDER JUSTICE ("Defendants") (collectively the "Parties") hereby stipulate to and jointly request that the Scheduling Conference in this matter, scheduled for April 10, 2025 at 10:00 a.m., be continued to May 22, 2025 at 10:00 a.m. and state as follows:

**GOOD CAUSE STATEMENT.**

1. This cases arises from a December 29, 2023 officer involved shooting incident involving decedent Connor Amador and Defendants The City of Lompoc and Officer Alexander Justice. [*See generally* Dkt. 1.]  Plaintiffs now bring causes of action under 42 U.S.C. § 1983 for (1) Unlawful Detention; (2) Unlawful Arrest; (3) Excessive Force; (4) Denial of Medical Care; (5) Deprivation of Familial Relations; (6) Battery; (7) Negligence; and (8) a Bane Act Claim.  [*Id.*]

2. On January 7, 2025, Plaintiffs filed their Complaint.  [*Id.*]  On March 3, 2025, after proper service of the Complaint, Defendants The City of Lompoc and Officer Alexander Justice filed their Answer.  [Dkt. 14.]

3. On March 5, 2025, the Court scheduled the Scheduling Conference for April 10, 2025 at 10:00 a.m. [Dkt. 15.] Per this Court's Order, "Lead trial counsel must attend the scheduling conference, unless excused by the court for good cause shown in advance of the scheduling conference…The court may choose to postpone the scheduling conference rather than to permit counsel other than lead counsel to attend." [*Id.* at 1:26-2:3.]

4. There is good cause to continue the April 10, 2025 Scheduling Conference as all counsel for Defendants will be engaged in a jury trial from April 8, 2025 through April 18, 2025 in the matter of *Helen Abascal v. County of Los Angeles, et al.* (Case No. 2:23-cv-05246-HDV-JC), in front of the Honorable Judge Hernan D. Vera. While Plaintiffs and their counsel do not have personal knowledge as to defense counsels' calendar and this unreconcilable conflict, Plaintiffs agrees that a continuance is warranted so that lead trial counsel may attend the Scheduling Conference and it will be as productive as possible.

5. In light of Defendants' unavoidable trial conflict, the Parties hereby jointly request that the Court continue the Scheduling Conference **to May 22, 2025 at 10:00 a.m.**, or some other, later, date that is more convenient to the Court's schedule.

2

STIP. AND JT. REQ. FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE

6. With this short continuance, the Parties can hold their Rule 26(f) Conference and file their Joint Schedule Report accordingly, which will allow for the Scheduling Conference in this matter to be engaged in good faith and ensure productivity for both the Parties and this Court.

7. This is the <u>first</u> request for any continuance of the Scheduling Conference.

8. Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the parties hereby Stipulate that **Good Cause exists** for the continuance requested herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE.**

9. In light of the foregoing Good Cause, the Parties respectfully request that the Court continue the **Mandatory Scheduling Conference** in this matter to **May 22, 2025 at 10:00 a.m**.

10. All deadlines, including the deadline for the Parties' Rule 26(f) Conference and the filing of the Joint Schedule Report, will be based on this new Mandatory Scheduling Conference date.

11. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be valid as an original signature.

**IT IS SO STIPULATED.**

DATED: March 11, 2025           LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By:  *Tori L.N. Bakken*
                                     TONY M. SAIN
                                     TORI L.N. BAKKEN
                                     Attorneys for Defendants,
                                     CITY OF LOMPOC and ALEXANDER JUSTICE

DATED: March 11, 2025           LAW OFFICES OF DALE K. GALIPO


                                By:  *Hang D. Le*
                                     DALE K. GALIPO
                                     HANG D. LE
                                     Attorneys for Plaintiffs,
                                     JEFFREY AMADOR and VERONICA BENNETT

**FEDERAL COURT PROOF OF SERVICE**
Jeffrey Amador, et al v. City of Lompoc, et al.
Case No. 2:25-cv-00167-FMO-SSC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 11, 2025, I served the following document(s): **STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF APRIL 10, 2025 MANDATORY SCHEDULING CONFERENCE TO MAY 22, 2025 AND ALL ASSOCIATED DEADLINES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Law Officers of Dale K. Galipo<br>Dale K. Galipo (Bar No. 144074)<br>dalekgalipo@yahoo.com<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>T: (818) 347-3333 | **ATTORNEY FOR PLAINTIFFS** |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 11, 2025, at Los Angeles, California.

/s/ Curfew F. Wilson
Curfew F. Wilson