1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | JEFFREY AMADOR, VERONICA           Case No. 2:25-cv-00167-FMO-SSC
   | BENNETT, individually and as
12 | successors-in-interest to Connor    **[PROPOSED] ORDER**
   | Amador, deceased,                   **CONTINUING APRIL 10, 2025**
13 |                                     **MANDATORY SCHEDULING**
   |                Plaintiffs,          **CONFERENCE TO MAY 22, 2025**
14 |                                     **AND ALL ASSOCIATED**
   |        vs.                          **DEADLINES**
15 |
   | CITY OF LOMPOC; ALEXANDER
16 | JUSTICE; DOES 1-10, inclusive,      *Filed Concurrently with Stipulation and*
   |                                     *Joint Request for Continuance*
17 |                Defendants.
18 |                                     Judge:  Hon. Fernando M. Olguin
19 |                                     Complaint Filed:   01/07/2025
   |                                     Trial Date:        None Set
20

21

22        PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to

23 the Court's inherent and statutory authority, including, but not limited to, the

24 Court's authority under all applicable statutes and rules – including Fed. R. Civ. P.

25 16 – after due consideration of all of the relevant pleadings, papers, and records in

26 this action; and upon such other evidence or argument as was presented to the Court;

27 Good Cause appearing therefor, and in furtherance of the interests of justice,

28 ///

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

1    IT IS HEREBY ORDERED that:

2    1.    The Court hereby Orders that the **Mandatory Scheduling Conference**

3    is continued from April 10, 2025 at 10:00 a.m. to **May 22, 2025** at 10:00 a.m.

4    2.    All deadlines, including the deadline for the Parties' Rule 26(f)

5    Conference and the filing of the Joint Schedule Report, will be based on this new

6    Mandatory Scheduling Conference date.

7

8    **IT IS SO ORDERED.**

9

10    DATED:  March ___, 2025        **UNITED STATES DISTRICT COURT,**
                                      **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13                                    By: _____

14                                        Hon. Fernando M. Olguin
                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE
Jeffrey Amador, et al v. City of Lompoc, et al.
Case No. 2:25-cv-00167-FMO-SSC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 11, 2025, I served the following document(s): **[PROPOSED] ORDER CONTINUING APRIL 10, 2025 MANDATORY SCHEDULING CONFERENCE TO MAY 22, 2025 AND ALL ASSOCIATED DEADLINES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Law Officers of Dale K. Galipo              **ATTORNEY FOR PLAINTIFFS**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
T: (818) 347-3333

The documents were served by the following means:

☒    (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 11, 2025, at Los Angeles, California.

/s/ Curfew F. Wilson
_____
Curfew F. Wilson

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW