UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFFREY AMADOR, VERONICA BENNETT, individually and as successors-in-interest to Connor Amador, deceased,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITY OF LOMPOC; ALEXANDER JUSTICE; DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00167-FMO-SSC<br><br>**ORDER ON STIPULATION [16] CONTINUING APRIL 10, 2025 MANDATORY SCHEDULING CONFERENCE TO MAY 22, 2025 AND ALL ASSOCIATED DEADLINES**<br><br>*Filed Concurrently with Stipulation and Joint Request for Continuance*<br><br>Judge: Hon. Fernando M. Olguin<br><br>Complaint Filed: 01/07/2025<br>Trial Date: None Set |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including, but not limited to, the Court's authority under all applicable statutes and rules – including Fed. R. Civ. P. 16 – after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

///

153996586.1

[~~PROPOSED~~] ORDER CONTINUING APRIL 10, 2025 MANDATORY SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that:

1. The Court hereby Orders that the **Mandatory Scheduling Conference** is continued from April 10, 2025 at 10:00 a.m. to **May 22, 2025** at 10:00 a.m.

2. All deadlines, including the deadline for the Parties' Rule 26(f) Conference and the filing of the Joint Schedule Report, will be based on this new Mandatory Scheduling Conference date.

**IT IS SO ORDERED.**

DATED: March 12, 2025

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: /s/
Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE