**LEWIS BRISBOIS BISGAARD & SMITH** LLP
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, CITY OF LOMPOC and ALEXANDER JUSTICE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AMADOR, VERONICA BENNETT, individually and as successors-in-interest to Connor Amador, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOMPOC; ALEXANDER JUSTICE; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00167-FMO-SSC<br>[*Hon. Fernando M. Olguin, Dist. Judge; Hon. Stephanie S. Christensen, M. Judge*]<br><br>**ORDER GRANTING STIPULATION [23] TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>*Concurrently Filed with Stipulation*<br><br>Complaint Filed: January 7, 2025<br>Trial Date: May 26, 2026 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The Court has read and considered the stipulation of counsel to dismiss the above-captioned matter in its entirety with prejudice. Good cause appearing therefore, the Court makes the following order:

1. Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's lawsuit against Defendants CITY OF LOMPOC and Officer ALEXANDER JUSTICE, as well as any unnamed DOE Defendants referenced in Plaintiffs' Complaint [Dkt. 1] is hereby dismissed with prejudice.

2.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's First Cause of Action for Violation of the Fourth Amendment – Detention and Arrest under 42 U.S.C. § 1983 as against Defendant Officer ALEXANDER JUSTICE and DOES 1-10 is hereby dismissed with prejudice.

3.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Second Cause of Action for Violation of the Fourth Amendment – Excessive Force under 42 U.S.C. § 1983 as against Defendant Officer ALEXANDER JUSTICE and DOES 1-10 is hereby dismissed with prejudice.

4.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Third Cause of Action for Violation of the Fourth Amendment – Denial of Medical Care under 42 U.S.C. § 1983 as against Defendant Officer ALEXANDER JUSTICE and DOES 1-10 is hereby dismissed with prejudice.

5.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Fourth Cause of Action for Violation of the Fourteenth Amendment – Substantive Due Process under 42 U.S.C. § 1983 as against Defendant Officer ALEXANDER JUSTICE and DOES 1-10 is hereby dismissed with prejudice.

6.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Fifth Cause of Action for Battery (Survival and Wrongful Death) under California law as against Defendants CITY OF LOMPOC, Officer ALEXANDER JUSTICE, and DOES 1-10 is hereby dismissed with prejudice.

7.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Sixth Cause of Action for Negligence (Survival and Wrongful Death) under California law as against Defendants CITY OF LOMPOC, Officer ALEXANDER JUSTICE, and DOES 1-10 is hereby dismissed with prejudice.

8.  Plaintiffs JEFFREY AMADOR and VERONICA BENNETT's Seventh Cause of Action for Violation of the Bane Act (California Civil Code § 52.1) under California law as against Defendants CITY OF LOMPOC, Officer ALEXANDER JUSTICE, and DOES 1-10 is hereby dismissed with prejudice.

9. Plaintiffs JEFFREY AMADOR and VERONICA BENNETT and Defendants CITY OF LOMPOC and Officer ALEXANDER JUSTICE shall each bear their own attorneys' fees and costs.

10. The Court takes judicial notice that, by the associated Stipulation, plaintiffs have agreed to forever release, discharge, and dismiss with prejudice any and all claims, existing or otherwise, in any way related to the officer-involved shooting incident that occurred on December 29, 2023 involving the City of Lompoc Police Department and Connor Amador.

DATED: July 16, 2025

/s/
Hon. Fernando M. Olguin
UNITED STATES DISTRICT JUDGE